UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,            )
                                      )
            Plaintiff,                )
                                      )
    v.                                )   No. _____
                                      )
HOSTWAY CORPORATION,                  )   09 CIV. 0335
                                      )
            Defendant.                )

                                          JUDGE LEISURE

DEFENDANT HOSTWAY CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hostway Corporation, by its attorneys Morison Ansa Holden Assuncao & Prough, LLP, states that Hostway Corporation has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: White Plains, New York
       January 13, 2009

                                    MORISON ANSA HOLDEN
                                    ASSUNCAO & PROUGH, LLP

                                    By: _____
                                        Steven F. Gooby
                                        Stephen P. McLaughlin
                                    *Attorneys for Defendant
                                    Hostway Corporation*
                                    50 Main Street, Suite 1000
                                    White Plains, New York 10606
                                    (914) 682-2620