UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) No. 09 Civ. 0335 (PKL) ECF Case |
| HOSTWAY CORPORATION, | ) |
| Defendant. | ) |

STATE OF NEW YORK　　　　　）
　　　　　　　　　　　　　　） ss.:
COUNTY OF WESTCHESTER　　）

JOAN LEWANDOWSKI, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and has a business address of 50 Main Street, Suite 1000, White Plains, New York 10606.

2. On January 13, 2009, deponent served the Civil Cover Sheet, Notice of Filing of Notice of Removal, Notice of Removal, Defendant Hostway Corporation's Rule 7.1 Statement, Electronic Case Filing Rules & Instructions and Individual Practices of Judge Peter K. Leisure by mailing a true and correct copy of the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, properly addressed to:

Howard B. Levi, Esq.
Andrea Likwornik Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
New York, New York 10036

_____
JOAN RUSZKOWSKI

Sworn to before me this
15th day of January, 2009

_____
Notary Public
MARY ANNE LARSON
Notary Public - State of New York
No. 01LA6194596
Qualified in Westchester County
My Comm. Expires Oct. 6, 2012