UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

                Plaintiff,

- against -

HOSTWAY CORPORATION,

                Defendant.
------------------------------------------------------------------X

Civil No. 09-CV-0335(PKL)
(AJP)
ECF Case

**RULE 7.1 STATEMENT JPMORGAN CHASE BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff JPMorgan Chase Bank, N.A. certify that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of its parent corporation, JPMorgan Chase & Co., a publicly held corporation

Dated: New York, New York
       January 15, 2009

                              LEVI LUBARSKY & FEIGENBAUM LLP

                              By: s/_____
                                 Andrea Likwornik Weiss
                              1185 Avenue of the Americas, 17th Floor
                              New York, New York 10036
                              (212) 308-6100
                              aweiss@llf-law.com
                              *Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*