UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

          Plaintiff,

v.

HOSTWAY CORPORATION,

          Defendants.

Case No. 09-CV-000335 (PKL)
ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF WESTCHESTER  )

        JOAN LEWANDOWSKI, being duly sworn, deposes and says:

        1.    Deponent is not a party to this action, is over 18 years of age and has a business address of 50 Main Street, Suite 1000, White Plains, New York 10606.

        2.    On January 21, 2009, deponent served Defendant Hostway Corporation's Answer by mailing a true and correct copy of the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, properly addressed to:

Howard B. Levi, Esq.
Andrea Likwornik Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
New York, New York 10036

                                                _____
                                                JOAN RUSZKOWSKI

Sworn to before me this
21st day of January, 2009

_____
Notary Public

```
MARY ANNE LARSON
Notary Public - State of New York
No. 01LA6194596
Qualified in Westchester County
My Comm. Expires Oct. 6, 2012
```