SCANNED MRO 3/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HOSTWAY CORPORATION, <br><br> Defendants. | Case No. 09-CV-000335 (PKL) <br> ECF Case (NRB) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven F. Gooby, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*, as counsel for Defendant Hostway Corporation in the above-captioned action, of:

```
Applicant's Name:  Danielle M. Kays
Firm Name:         CHENG COHEN LLC
Address:           1101 W Fulton Market, Suite 200
City/State/Zip:    Chicago, Illinois 60607
Phone Number:      (312) 957-4666
Fax Number:        (312) 277-3961
Email:             danielle.kays@chengcohen.com
```

Danielle M. Kays is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Danielle M. Kays in any State or Federal Court.

JPMorgan Chase Bank, N.A. v. Hostway Corporation    Doc. 9

Dated: White Plains, New York
March 23, 2009

        Respectfully submitted,

By: _____
        Steven F. Gooby
        SG 2981
MORISON ANSA HOLDEN
ASSUNCAO & PROUGH LLP
50 Main Street, Suite 1000
White Plains, New York 10606
Tel.: (914) 682-2620
Fax: (914) 682-7784
steven.gooby@morisonansa.com

*Attorneys for Defendant Hostway Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>          Plaintiff,<br><br>v.<br><br>HOSTWAY CORPORATION,<br><br>          Defendants. | Case No. 09-CV-000335 (PKL)<br>ECF Case |

## **DECLARATION OF STEVEN F. GOOBY**

Pursuant to 28 U.S.C. § 1746, STEVEN F. GOOBY declares:

1.    I am an attorney admitted to practice in this Court and am a member of MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP, counsel for Defendant Hostway Corporation ("Hostway") in the above-entitled action. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the motion for to admit Danielle M. Kays as counsel *pro hac vice* to represent Hostway in this matter.

2.    I am a member in good standing of the bar of the State of New Jersey and was admitted to practice law in December 1995. I am also admitted to the bars of the State of New York (January 1996); Washington D.C. (December 1996); the Third Circuit Court of Appeals (May 1996); and the United States District Courts for the Southern District of New York (July 1996), Northern District of New York (October 1998), Western District of New York (October 1998), Eastern District of New York (July 1996) and the District of New Jersey (December 1995). I am in good standing with all of the aforementioned courts.

3.    I have known Danielle M. Kays for approximately one year.

4. Ms. Kays is an attorney with the law firm Cheng Cohen, LLC in Chicago, Illinois. She is a member in good standing of the Bar of the States of Illinois. A copy of her Letter of Good Standing from the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois is annexed hereto as Exhibit A.

5. There are no pending proceedings against Ms. Kays in any State or Federal court. I know her to be of high moral character, and accordingly, I respectfully move for her admission to practice before the Court for the instant matter.

6. I respectfully submit a proposed order granting the admission of Danielle M. Kays, *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Danielle M. Kays, *pro hac vice*, to represent Hostway in the above-captioned matter, be granted.

Under penalty of perjury, I declare that the foregoing is true and correct this 23rd day of March, 2009.

 _____
 Steven F. Gooby
 SG 2981



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607

Chicago
Tuesday, February 17, 2009

Re: Danielle M. Kays
Attorney No. 6284321

To Whom It May Concern:

    We have received a request for written verification of the status of Danielle M. Kays for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Danielle M. Kays was admitted to practice law in Illinois on 11/4/2004; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607-1254

Chicago
Thursday, March 26, 2009

In re: Danielle M. Kays
Admitted: 11/4/2004
Attorney No. 6284321

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *Roxanne Trenter*
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

          Plaintiff,

v.

HOSTWAY CORPORATION,

          Defendants.

Case No. 09-CV-000335 ~~(PKL)~~ (NRB)
ECF Case

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Steven F. Gooby, counsel for Defendant Hostway Corporation in the above-entitled action, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Danielle M. Kays |
| Firm Name: | CHENG COHEN LLC |
| Address: | 1101 W Fulton Market, Suite 200 |
| City/State/Zip: | Chicago, Illinois 60607 |
| Phone Number: | (312) 957-4666 |
| Fax Number: | (312) 277-3961 |
| Email: | danielle.kays@chengcohen.com |

is admitted to practice *pro hac vice* as counsel for Defendant Hostway Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall apply promptly for an Electronic Case Filing ("ECF") password at *nysd.uscourts.gov*.

      SO ORDERED this ____ day of April, 2009.

                                                          _____
                                                                  U.S.D.J.