ORIGINAL  FEE PD 25.00 W/P
E 685323

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HOSTWAY CORPORATION, <br><br> Defendants. | Case No. 09-CV-000335 (NRB) <br> ECF Case |



U.S. DISTRICT COURT
FILED
APR 21 2009
S.D. OF N.Y.

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven F. Gooby, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*, as counsel for Defendant Hostway Corporation in the above-captioned action, of:

| | |
|---|---|
| Applicant's Name: | Andrew P. Bleiman |
| Firm Name: | CHENG COHEN LLC |
| Address: | 1101 W Fulton Market, Suite 200 |
| City/State/Zip: | Chicago, Illinois 60607 |
| Phone Number: | (312) 342-1723 |
| Fax Number: | (312) 277-3961 |
| Email: | andrew.bleiman@chengcohen.com |

Andrew P. Bleiman is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Andrew P. Bleiman in any State or Federal Court.



RECEIVED
APR 21 2009
USDC-WP-SDNY

Dated: White Plains, New York
April 21, 2009

Respectfully submitted,

By: _____
Steven F. Gooby
SG 2981
MORISON ANSA HOLDEN
ASSUNCAO & PROUGH LLP
50 Main Street, Suite 1000
White Plains, New York 10606
Tel.: (914) 682-2620
Fax: (914) 682-7784
steven.gooby@morisonansa.com

*Attorneys for Defendant Hostway Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HOSTWAY CORPORATION, <br><br> Defendants. | Case No. 09-CV-000335 (NRB) <br> ECF Case |

## DECLARATION OF STEVEN F. GOOBY

Pursuant to 28 U.S.C. § 1746, STEVEN F. GOOBY declares:

1. I am an attorney admitted to practice in this Court and am a member of MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP, counsel for Defendant Hostway Corporation ("Hostway") in the above-entitled action. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the motion for to admit Andrew P. Bleiman as counsel *pro hac vice* to represent Hostway in this matter.

2. I am a member in good standing of the bar of the State of New Jersey and was admitted to practice law in December 1995. I am also admitted to the bars of the State of New York (January 1996); Washington D.C. (December 1996); the Third Circuit Court of Appeals (May 1996); and the United States District Courts for the Southern District of New York (July 1996), Northern District of New York (October 1998), Western District of New York (October 1998), Eastern District of New York (July 1996) and the District of New Jersey (December 1995). I am in good standing with all of the aforementioned courts.

3. I have known Andrew P. Bleiman for approximately three (3) years.

4. Mr. Bleiman is an associate with the law firm Cheng Cohen, LLC in Chicago, Illinois. He is a member in good standing of the Bar of the State of Illinois. A copy of his Letter of Good Standing from the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois is annexed hereto as Exhibit A.

5. There are no pending proceedings against Mr. Bleiman in any State or Federal court. I know him to be of high moral character, and accordingly, I respectfully move for his admission to practice before the Court for the instant matter.

6. I respectfully submit a proposed order granting the admission of Andrew P. Bleiman, *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Andrew P. Bleiman, *pro hac vice*, to represent Hostway in the above-captioned matter, be granted.

Under penalty of perjury, I declare that the foregoing is true and correct this 21st day of April, 2009.

_____
Steven F. Gooby
SG 2981



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Andrew P. Bleiman
Cheng Cohen LLC
1101 West Fulton Market, Suite 200
Chicago, IL 60607

Chicago
Tuesday, April 14, 2009

Re: Andrew Peter Bleiman
Attorney No. 6255640

To Whom It May Concern:

We have received a request for written verification of the status of Andrew Peter Bleiman for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Andrew Peter Bleiman was admitted to practice law in Illinois on 11/5/1998; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HOSTWAY CORPORATION, <br><br> Defendants. | Case No. 09-CV-000335 (NRB) <br> ECF Case |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Steven F. Gooby, counsel for Defendant Hostway Corporation in the above-entitled action, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

    Applicant's Name:    Andrew P. Bleiman
    Firm Name:    CHENG COHEN LLC
    Address:    1101 W Fulton Market, Suite 200
    City/State/Zip:    Chicago, Illinois 60607
    Phone Number:    (312) 342-1723
    Fax Number:    (312) 277-3961
    Email:    andrew.bleiman@chengcohen.com

is admitted to practice *pro hac vice* as counsel for Defendant Hostway Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall apply promptly for an Electronic Case Filing ("ECF") password at *nysd.uscourts.gov*.

    SO ORDERED this _____ day of April, 2009.

                                                                                                U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HOSTWAY CORPORATION, <br><br> Defendants. | Case No. 09-CV-000335 (PKL) <br> ECF Case <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF WESTCHESTER )

JOAN RUSZKOWSKI, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and has a business address of 50 Main Street, Suite 1000, White Plains, New York 10606.

2. On April 21, 2009, deponent served Defendant Hostway Corporation's Motion to Admit Counsel *Pro Hac Vice* by mailing a true and correct copy of the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, properly addressed to:

Howard B. Levi, Esq.
Andrea Likwornik Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
New York, New York 10036

JOAN RUSZKOWSKI

Sworn to before me this
21st day of April, 2009

Mary Anne Larson
Notary Public

MARY ANNE LARSON
Notary Public - State of New York
No. 01LA6194596
Qualified in Westchester County
My Comm. Expires Oct. 6, 2012