UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                      :

JP MORGAN CHASE BANK, N.A.,
                      :

          Plaintiff,          :         09 Civ. 335 (WHP)

                      :

        -against-       :         ORDER

                      :

HOSTWAY CORPORATION,
                      :

          Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       This action having been reassigned to this Court, the Court will hold a status

conference on May 29, 2009 at 12:30 p.m.

Dated: May 7, 2009
      New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

Dockets.Justia.com

*Counsel of Record*

Howard B. Levi, Esq.
Andrea Likwornik Weiss, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York , NY 10036
*Counsel for Plaintiff*

Steven Francis Gooby, Esq.
Morison Ansa Holden Assuncao & Prough, LLP
2 Tower Center Blve
Suite 1600
East Brunswick , NJ 08816
*Counsel for Defendant*