USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

                Plaintiff,

v.

HOSTWAY CORPORATION,

                Defendants.

Case No. 09-CV-000335 (RKL) (NRB) (WHP)
ECF Case

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Steven F. Gooby, counsel for Defendant Hostway Corporation in the above-entitled action, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Fredric A. Cohen |
| Firm Name: | CHENG COHEN LLC |
| Address: | 1101 W Fulton Market, Suite 200 |
| City/State/Zip: | Chicago, Illinois 60607 |
| Phone Number: | (312) 342-1717 |
| Fax Number: | (312) 277-3961 |
| Email: | fredric.cohen@chengcohen.com |

is admitted to practice *pro hac vice* as counsel for Defendant Hostway Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall apply promptly for an Electronic Case Filing ("ECF") password at *nysd.uscourts.gov*.

SO ORDERED this 8 day of May, 2009.

                                          U.S.D.J.