UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JP MORGAN CHASE BANK, N.A.,

         Plaintiff,                         09 Civ. 335 (WHP)

      -against-                        SCHEDULING ORDER

HOSTWAY CORPORATION,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a May 29, 2009 conference, the following schedule is established on consent:

        1. All discovery shall be complete by January 15, 2010;

        2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by February 26, 2010; and

        3. The Court will hold a final pre-trial conference on March 12, 2010 at 12:00 p.m.

Dated: May 29, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Leo Kayser, III, Esq.
Kayser & Redfern, LLP
515 Madison Avenue, 30th Floor
New York, NY 10022
*Counsel for Plaintiff*

Joseph M. Beck, Esq.
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
*Counsel for Defendants*