UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JPMORGAN CHASE BANK, N.A., | Case No. 09-CV-000335 (PKL) |
| --- | --- |
| Plaintiff, | ECF Case |
| v. | |
| HOSTWAY CORPORATION, | |
| Defendants. | |

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Stephen P. McLaughlin_

- ☐ **Attorney**
  - ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _SP 4136_
  - ☐ I am a Pro Hac Vice attorney
  - ☐ I am a Government Agency attorney

- ☑ **Law Firm/Government Agency Association**
  - From: _Morison Ansa Holden Assuncao & Prough, LLP_
  - To: _Ansa Assuncao, LLP_
  - ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
  - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ☐ Address: _____
- ☐ Telephone Number: _____
- ☐ Fax Number: _____
- ☐ E-Mail Address: _____

Dated: _June 3, 2009_     [signature]