UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

HOSTWAY CORPORATION,

    Defendants.

Case No. 09-CV-000335 (PKL)
ECF Case

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Steven F. Goaby_

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _SG 2981_

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: _Morison Ansa Holden Assuncao & Prough, LLP_
    To: _Ansa Assuncao, LLP_

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ **Address:**
☐ **Telephone Number:**
☐ **Fax Number:**
☐ **E-Mail Address:**

Dated: _June 1, 2009_