UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

                Plaintiff,

- against -

HOSTWAY CORPORATION,

                Defendant.
------------------------------------------------------------------X

Civil No. 09-CV-0335(WHP)(AJP)
ECF Case

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of ADAM DAVID WEISS, member of the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for plaintiff JPMORGAN CHASE BANK, N.A.

I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 28, 2009

LEVI LUBARSKY & FEIGENBAUM LLP

s/_____
Adam David Weiss
1185 Avenue of the Americas
17th Floor
New York, NY 10036
Tel. (212) 308-6100
Fax: (212) 308-8830
adam.weiss@llf-law.com

*Attorneys for Plaintiff*