```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
JPMORGAN CHASE BANK, N.A.,    :
                              :
                  Plaintiff,  :   09 Civ. 335 (WHP)(AJP)
                              :
          -against-           :   ORDER REFERRING CASE
                              :   TO MAGISTRATE JUDGE
HOSTWAY CORP.,                :
                              :
                  Defendant.  :
                              :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/09

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose:_____ |
| | | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ |
| | | | All such motions: ____ |

====================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: November 3, 2009
       New York, New York

                                                         UNITED STATES DISTRICT JUDGE
                                                         WILLIAM H. PAULEY III

*All Counsel of Record*

# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

October 29, 2009

By Federal Express
Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: JPMorgan Chase Bank, N.A. v. Hostway Corporation
09 cv. 335 (PKL) (AJP)

Dear Judge Pauley:

This firm represents JPMorgan Chase Bank, N.A. in the above-captioned case. I have spoken to Fredric Cohen, Esq., counsel for Hostway Corporation, and we agree that it would be beneficial for the Court to refer the matter to Magistrate Judge Peck to assist the parties in exploring possible settlement.

Accordingly, counsel for both parties respectfully request that the case be referred to Magistrate Judge Peck for the purpose of conducting a settlement conference.

Respectfully submitted,

Andrea Likwornik Weiss

cc: Fredric A. Cohen
via email