```
UNITED STATES DISTRICT COURT                       USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                      DOCUMENT
                                                   ELECTRONICALLY FILED
------------------------------------x              DOC# _____
                                                   DATE FILED: 12/14/09
JPMORGAN CHASE BANK, N.A.,          :

                    Plaintiff,      :              09 Civ. 0335 (WHP) (AJP)

       -against-                    :              ORDER OF DISMISSAL ON CONSENT

HOSTWAY CORPORATION,                :

                    Defendant.      :

------------------------------------x
```

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on December 14, 2009, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED: New York, New York
       December 14, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Andrea Likwornik Weiss, Esq.
                              Stephen P. McLaughlin, Esq.
                              Andrew P. Bleiman, Esq.
                              Judge William H. Pauley III

C:\ORD\DISMISS